# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2020

160009(66)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

FARM BUREAU INSURANCE COMPANY,
Subrogee of JEFF FURNESS, FREDRIC
WILSON, KENNY MALBURG'S
LANDSCAPING, INC., and TIMOTHY
DEMARAY, and PIONEER MUTUAL
INSURANCE COMPANY, Subrogee of JAY D.
FERGUSON, AMANDA FERGUSON, D & R
HENNE FARMS, INC., and DOROTHY
WALTON and LYNN WALTON, d/b/a
WALTON FARMS, and HASTINGS MUTUAL
INSURANCE COMPANY, Subrogee of JAMES
T. YOUNG, SHELLY YOUNG, MARVIN HILL,
LOIS HILL, CLIFFORD C. KESSLER, and
SHIRLEY KESSLER,
          Plaintiffs-Appellants,

v

TNT EQUIPMENT, INC.,
          Defendant,

and

EMPLOYERS MUTUAL CASUALTY
COMPANY,
          Defendant-Appellee.
_____/

SC: 160009
COA: 343307
Sanilac CC: 16-036858-NZ

On order of the Court, the motion for reconsideration of this Court's March 27, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2020

Clerk

a0921